1  COOLEY LLP
   JOHN C. DWYER (136533)
2  (dwyerjc@cooley.com)
   Five Palo Alto Square
3  3000 El Camino Real
   Palo Alto, CA 94306-2155
4  Telephone: (650) 843-5000
   Facsimile: (650) 849-7400
5
   COOLEY LLP
6  MICHAEL G. RHODES (116127)
   (rhodesmg@cooley.com)
7  WHITTY SOMVICHIAN (194463)
   (wsomvichian@cooley.com)
8  RAY SARDO (245421)
   (rsardo@cooley.com)
9  101 California Street, 5th Floor
   San Francisco, CA 94111-5800
10 Telephone: (415) 693-2000
   Facsimile: (415) 693-2222
11

12 Attorneys for Defendants eBay Inc.

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

18 | TASHA KEIRSEY, Individually and on behalf of all others similarly situated, | Case No. CV12-01200 JSW |
19 | | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (CIVIL L.R. 6-1(A)); STIPULATED REQUEST TO CHANGE DATE OF INITIAL CASE MANAGEMENT CONFERENCE (CIVIL L.R. 6-2)** |
20 | Plaintiff, | |
21 | v. | |
22 | EBAY, INC., | |
   | Defendant. | |
23 | | Judge: Hon. Jeffrey S. White |
   | | Trial Date: Not yet set |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**STIPULATION TO MOVE CMC AND EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (CIVIL L.R. 6-1(A)); CV12-01200 JSW**

1  Pursuant to Civil Local Rules 6-1(a) and 6-2, plaintiff Tasha Keirsey ("Plaintiff") and defendant eBay Inc. ("Defendant") (Plaintiff and Defendant collectively "the Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiff filed a putative class action lawsuit against Defendant on or about March 9, 2012;

WHEREAS, under Civil Local Rule 6-1(a), the Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, provided the change will not alter any deadline already fixed by Court order;

WHEREAS the Parties have stipulated under Civil Local Rule 6-1(a) to a filing and briefing schedule for eBay's response to the Complaint as set forth below, with a proposed hearing date of June 26, 2012;

WHEREAS, the Initial Case Management Conference in this matter is currently set for June 8, 2012 (Dkt. No. 17);

WHEREAS, under Civil Local Rule 6-2 and this Court's Case Management Conference Order (Dkt. No. 17), the Parties may file a stipulation requesting an order changing the date of the Initial Case Management Conference;

WHEREAS, the Parties have conferred and agreed to request that the Initial Case Management Conference currently scheduled for June 8, 2012 be rescheduled to the same date as the proposed date for the hearing on Defendant's anticipated motion to dismiss the Complaint (June 26, 2012);

WHEREAS, no prior time modifications affecting the Initial Case Management Conference have occurred in this case.

NOW THEREFORE, the Parties hereby stipulate and agree to extend the following deadlines:

1. May 7, 2012: Defendant's deadline to respond to the Complaint;
2. May 29, 2012: Plaintiff's Opposition due;
3. June 12, 2012 Defendant's Reply due;
4. June 26, 29 2012 Hearing date, subject to the Court's approval.

FURTHER, the Parties hereby stipulate and request that the Initial Case Management Conference be rescheduled to ~~June 26, 2012~~ July 6, 2012 ~~to coincide with the requested hearing date set forth above~~.

**IT IS SO STIPULATED.**

Dated: April 6, 2012    COOLEY LLP

/s/Whitty Somvichian
Whitty Somvichian (194463)
Attorneys for Defendants eBay Inc.

Dated: April 6, 2012    FIGARI & DAVENPORT, L.L.P.

/s/Keith R. Verges
Keith R. Verges (pro hac vice)
Attorneys for Plaintiff

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Whitty Somvichian hereby attests that concurrence in the filing of this document has been obtained.*

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, ~~IT IS SO ORDERED.~~ AS MODIFIED, IT IS SO ORDERED.**

DATED: April 9, 2012

_____
The Honorable Jeffrey S. White
United States District Judge

1263196 v1/SF