IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHA KEIRSEY,<br><br>    Plaintiff,<br><br>v.<br><br>EBAY, INC,<br><br>    Defendant.<br>_____ / | No. C 12-01200 JSW<br><br>**ORDER OF TRANSFER TO SAN JOSE DIVISION** |

The Court ORDERS that the hearing set for June 29, 2012 on Defendant's motion to dismiss is VACATED.

In her complaint, Plaintiff Tasha Keirsey alleges that a substantial part of the events or omissions giving rise to her claims occurred in Santa Clara County, where Defendant eBay, Inc. is located. Because this matter is a dispute that arises in Santa Clara County, the Court finds that transfer to the San Jose Division is warranted pursuant to Northern District Civil Local Rule 3-2. Therefore, the Court ORDERS that this matter is TRANSFERRED to a United States District Court Judge in the San Jose Division.

**IT IS SO ORDERED.**

Dated: June 26, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE