IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TASHA KEIRSEY,

    Plaintiff,

v.

EBAY, INC,

    Defendant.
                           /

No. C 12-01200 JSW

**ORDER VACATING ORDER OF REASSIGNMENT**

On June 26, 2012, this Court issued an Order directing that this matter be transferred to a United States District Judge in the San Jose Division, subject to the provisions of the Court's Assignment Plan. The Court HEREBY VACATES that Order and retains this matter.

It is FURTHER ORDERED that the parties shall appear for an initial case management conference scheduled on September 7, 2012, at 1:30 p.m. in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. The parties are shall file a joint case management statement by no later than August 31, 2012.

Defendant eBay, Inc.'s motion to dismiss is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument. Therefore, the Court will not reschedule the hearing. A written ruling on the motion will issue in due course.

**IT IS SO ORDERED.**

Dated: June 26, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE