1  COOLEY LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  Five Palo Alto Square
   3000 El Camino Real
3  Palo Alto, CA 94306-2155
   Telephone:    (650) 843-5000
4  Facsimile:    (650) 849-7400

5  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
6  WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
   RAY SARDO ( 245421) (rsardo@cooley.com)
7  101 California Street, 5th Floor
   San Francisco, CA 94111
8  Telephone:    (415) 693-2000
   Facsimile:    (415) 693-2222
9
   Attorneys for Defendant
10 eBAY INC.

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15 TASHA KEIRSEY, individually and on          Case No. CV 12-01200 JSW
   behalf of all others similarly situated,
16                                             STIPULATION AND [PROPOSED]
                  Plaintiff,                   ORDER SELECTING ADR PROCESS
17
          v.                                   Judge:   Honorable Jeffrey S. White
18                                             Trial Date: None Set
   EBAY INC.,
19                                             Jury Trial Demanded
                  Defendant.
20

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. CV 12-01200 JSW

1  Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

2

3  The parties agree to participate in the following ADR process:

4  **Court Processes:**
   ☐   Non-binding Arbitration (ADR L.R. 4)
5  ☐   Early Neutral Evaluation (ENE)   (ADR L.R. 5)
   x   Mediation (ADR L.R. 6)

6

   **Private Process:**
7  ☐   Private ADR (*please identify process and provider*) _____

8  _____

9  The parties agree to hold the ADR session by:
   ☐   the presumptive deadline (*The deadline is 90 days from the date of the
10  order referring the case to an ADR process unless otherwise ordered.*)

11     x    other requested deadline: 90 days after a decision on Plaintiff's motion for class certification

12

13  Dated: June 8, 2012                              /s/ Keith R. Verges
                                                    Keith R. Verges
14                                                   Attorney for Plaintiff

15

    Dated: June 8, 2012                              /s/ Whitty Somvichian
16                                                   Whitty Somvichian
                                                    Attorney for Defendant
17

18  FILERS ATTESTATION:

19     Pursuant to General Order No. 45, 5X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from is signatories.

20

21  Dated:  June 8, 2012                             /s/ Whitty Somvichian

22

23  CONTINUE TO FOLLOWING PAGE

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. CV 12-01200 JSW

1  **[PROPOSED] ORDER**

2  ☐ The parties' stipulation is adopted and IT IS SO ORDERED.
3  ☒ The parties' stipulation is modified as follows, and IT IS SO ORDERED.
The deadline for mediation is June 1, 2013.

5  Dated: September 6, 2012

*Jeffrey S. White*
UNITED STATES JUDGE

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. CV 12-01200 JSW