COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
RAY A. SARDO ( 245421) (rsardo@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
EBAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TASHA KEIRSEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY INC.,<br><br>Defendant. | Case No. CV 12-01200 JSW<br><br>**STIPULATED AND [PROPOSED] ORDER CLARIFYING SELECTED ADR PROCESS**<br><br>Judge: Hon. Jeffrey S. White<br>Trial Date: Not yet set |

This Stipulation is entered into by and among Plaintiff Tasha Keirsey ("Plaintiff") and Defendant eBay Inc. ("eBay") (Plaintiff and eBay collectively "the Parties"), by and through their respective counsel.

WHEREAS, on June 8, 2012, the Parties filed a stipulation agreeing to participate in the Court Mediation ADR Process (ECF No. 30);

WHEREAS, on September 6, 2012, the Court entered an order adopting the Parties' stipulation (ECF No. 38);

WHEREAS, the Parties have conferred further regarding ADR and now plan to use a private mediation ADR process;

NOW, THEREFORE, the Parties hereby stipulate and agree to (1) opt-out of the Court-sponsored mediation process and use a private mediator for the ADR process; and (2) to select the private mediator at a later date with the mediation to be completed within 90 days after a decision on Plaintiff's motion for class certification.

**IT IS SO STIPULATED.**

Dated: October 08, 2012          COOLEY LLP

                                 /s/ Whitty Somvichian
                                 Whitty Somvichian

                                 *Attorneys For Defendant EBAY INC.*

Dated: October 08, 2012          FIGARI & DAVENPORT, LLP

                                 /s/ Keith R. Verges
                                 KEITH R. VERGES

                                 *Attorneys for Plaintiff Tasha Keirsey*

**ORDER**

The deadline for mediation is June 1, 2012.
**PURSUANT TO STIPULATION, ~~IT IS SO ORDERED~~** AS MODIFIED, IT IS SO ORDERED.

Date: October 9, 2012            /s/ Jeffrey S. White
                                 Honorable Jeffrey S. White
                                 United States District Judge