UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TASHA KEIRSEY,

    Plaintiff,

v.

EBAY, INC,

    Defendant.

Case No. 12-cv-01200-JST

**ORDER TO FILE SETTLEMENT**

Re: Dkt. No. 46

The parties stated on the record on June 28, 2013, that they have settled this action. *See* Dkt. No. 46. Accordingly, all deadlines and hearings in this case are VACATED. By August 16, 2013, the parties shall file either the necessary settlement and approval documents or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: July 1, 2013

                                          JON S. TIGAR
                               United States District Judge