# EXHIBIT 1

# SETTLEMENT AGREEMENT AND RELEASE

THIS SETTLEMENT AGREEMENT AND RELEASE ("*Settlement Agreement*") is entered into between plaintiff Tasha Albrecht, nee Keirsey ("*Plaintiff*"), individually and in her representative capacity on behalf of the Class, and defendant eBay Inc. ("*eBay*") (Plaintiff and eBay collectively, "*Parties*," or singularly, "*Party*").

## RECITALS

A. On March 9, 2012, Plaintiff commenced a civil action in the United States District Court for the Northern District of California entitled *Keirsey v. eBay, Inc.*, Case No. C 12-01200 JSW (the "Action") generally alleging that eBay sellers were mischarged certain fees in connection with items they listed for sale using eBay's mobile applications.

B. On May 7, 2012, eBay filed its motion to dismiss. On August 6, 2012, the district court entered an order granting in part and denying in part the motion, dismissing Plaintiff's unjust enrichment claim, and denying the motion as to Plaintiff's claims for breach of contract and for breach of the implied covenant of good faith and fair dealing.

C. eBay answered the Complaint on August 20, 2012.

D. The Parties have exchanged various materials, including internal eBay data, and have participated in numerous settlement discussions in an effort to resolve the Action, beginning in December 2012, and extending into April 2013.

E. The Parties have investigated the facts and have analyzed the relevant legal issues with regard to the claims and defenses asserted in the Action. Based on these investigations, Plaintiff believes the Action has merit, while eBay believes the Action has no merit.

F. The Parties have each considered the uncertainties of litigation; the benefits of the proposed settlement; the costs, risks, and delays associated with the continued prosecution of this complex litigation; and the likely appeals of any rulings in favor of either Plaintiff or eBay.

G. In light of these considerations, and without admitting fault or liability on the part of eBay, it is now the intention of the Parties and the objective of this Settlement Agreement to dispose of, fully and completely and forever, the claims and causes of action in the Action as specified below.

## AGREEMENT

1. **DEFINITIONS.** The following section defines terms that are not defined above. Some definitions use terms that are defined later in this section:

    1.1 The term "Active eBay Account" means an eBay account that is active, and is not on hold because of an outstanding negative balance. eBay accounts that are suspended, closed, or on hold because of a negative balance are not considered "Active eBay Accounts."

    **1.2** The terms *"Class Counsel"* or *"Plaintiffs' Counsel"* means the law firm of Figari & Davenport L.L.P.

    **1.3** The terms *"Class"* and *"Class Members"* mean all natural persons and entities who are United States residents who, between January 1, 2009 and October 31, 2012 listed items for sale on eBay's websites using eBay Mobile, and incurred the Disputed Fees in connection with such listings. An entity is deemed a "United States resident" for purposes of the foregoing if the primary contact information for the entity in eBay's current records is an address within the United States. This class definition and the presumption of the existence of a class are for settlement purposes only.

    **1.4** The term *"Closed eBay Account"* refers to an eBay account that is currently closed.

    **1.5** The term *"Court"* means the United States District Court for the Northern District of California.

    **1.6** The term *"Credit"* means a credit that will applied to a Class Member's eBay account in an amount as set forth in Section 2.1 below.

    **1.7** The term *"Disputed Fees"* means fees that Class Members incurred between January 1, 2009 and October 31, 2012, for the Picture Pack, Gallery Plus, or International Listing feature in connection with items listed for sale on eBay's websites using eBay Mobile.

    **1.8** The term *"eBay's Counsel"* means the law firm of Cooley LLP.

    **1.9** The term *"eBay Mobile"* means eBay's mobile applications, including the mobile applications for Android, iPhone, Windows, and Blackberry devices, among others.

    **1.10** The term *"Fairness Hearing"* means the hearing at which the Court decides whether to approve this Settlement Agreement as being fair, reasonable, and adequate.

    **1.11** The term *"Final Order and Judgment"* means a proposed order and judgment approving the Settlement of this Action.

    **1.12** The term *"Final Settlement Date"* means the date in which either of the following events has occurred: **(a)** if no appeal or request for review is filed or made, thirty-one (31) days after eBay receives ECF notice from Plaintiff or the Court that the Court entered the Final Approval Order and Judgment or **(b)** if any appeal or request for review is filed or made, fourteen (14) days after the date on which Plaintiff files and eBay receives ECF notice that a court entered an order affirming the Final Approval Order and Judgment or denied review after either the exhaustion of all appeals or the time for seeking all appeals has expired.

    **1.13** The term *"Full Notice"* means the legal notice of the proposed Settlement terms, as approved by Class Counsel, eBay's Counsel, and the Court, to be provided to Class Members under Section 3.3 of this Settlement Agreement. The Full Notice submitted to the Court for approval shall be in the form attached as **Exhibit A.**

    **1.14** The term **"*Gross Settlement Fund*"** means the $95,000 described in Section 2.1 of this Settlement Agreement.

    **1.15** The term **"*Net Settlement Fund*"** means the remaining balance of the Gross Settlement Fund after payment of any and all fees and costs from the Gross Settlement Fund, including, but not limited to court-approved Class Counsel fees and costs award, and court-approved Class Representative enhancement awards. eBay shall be responsible for all costs associated with notice and administration, and none of those costs shall be deducted from the Gross Settlement Fund or be the responsibility of Plaintiff or Class Counsel.

    **1.16** The term **"*Internet Posting*"** means a website to be established by the Settlement Administrator for the proposed Settlement for the purposes of providing the Class with the Full Notice of the Settlement, and making the Full Notice available for downloading.

    **1.17** The term **"*Named Plaintiff*"** means Plaintiff Tasha Keirsey in her individual capacity.

    **1.18** The term **"*Preliminary Approval and Provisional Class Certification Order*"** or **"*Preliminary Approval Order*"** means a proposed order preliminarily approving the Settlement of this Action and provisionally certifying the Class. This order must be submitted to the Court in the form attached as **Exhibit B**.

    **1.19** The term **"*Settlement*"** means the settlement of this Action and related claims.

    **1.20** The term **"*Settlement Administrator*"** means the entity, and any successors to that entity, that eBay retains, if any, to administer the Settlement process provided for in the Settlement Agreement, which may include: (i) providing notices as contemplated herein; (ii) receiving and tracking opt-out notices, and (iii) distributing Settlement Checks. eBay shall be responsible for paying any fees and expenses incurred by the Settlement Administrator.

    **1.21** The term **"*Settlement Check*"** means a check sent to a Class Member in lieu of a Credit.

    **1.22** The term **"*Summary Notice*"** means the legal notice summarizing the proposed Settlement terms, as approved by Class Counsel, eBay's Counsel, and the Court, which is to be provided to Class Members under Section 3.3 of this Settlement Agreement by email. The Summary Notice submitted to the Court for approval shall be in the form attached as **Exhibit C.**

  **2.** **SETTLEMENT TERMS**

    **2.1** **Gross Settlement Fund.** As consideration for the Settlement and subject to Court approval, eBay will make available a Gross Settlement Fund in the total value of $95,000, from which amounts will be distributed as set forth below.

      **(a)** **Named Plaintiff Enhancement Award.** Plaintiff intends to seek and eBay does not object to an enhancement award of $500.00 to plaintiff

Tasha Keirsey for her participation as the sole Named Plaintiff in this Action, subject to Court approval. Plaintiff agrees to not petition the Court for or otherwise seek more than this amount for an enhancement award. A reduction by the Court or by an appellate court of the enhancement award sought by Plaintiff shall not affect any of the Parties' rights and obligations under the Settlement Agreement, and shall only serve to increase the amount of the Net Settlement Fund to be distributed as Credits to Class Members or any remainder. If the Court approves the Settlement of this Action and the enhancement award to the Named Plaintiff, eBay agrees to pay the enhancement award approved by the Court up to the amount specified above to Named Plaintiff within 30 days after the Final Settlement Date and receipt by eBay from the Named Plaintiff of the appropriate tax forms

(b) **Class Counsel's Attorneys' Fees and Costs Award.** Class Counsel's attorneys' fees and costs award will be determined by the Court, and will be paid from the Gross Settlement Fund. eBay agrees not to oppose Class Counsel's request so long as those fees do not exceed $30,000, and does not currently take and will not take a position on the Class Counsel's motion or application for attorneys' fees and costs. A reduction by the Court or by an appellate court of Class Counsel's attorneys' fees and costs award shall not affect any of the Parties' other rights and obligations under the Settlement Agreement, and shall only serve to increase the amount of the Net Settlement Fund to be distributed as Credits to Class Members. eBay agrees to pay Class Counsel's attorneys' fees and costs award approved by the Court within 30 days after the Final Settlement Date.

(c) **Credits to Class Members with Active eBay Accounts.** After all payments are made out of the Gross Settlement Fund for the items listed in Sections 2.1(a) and (b) above, the amount of the Net Settlement Fund shall be distributed as follows.

(i) Each Class Member with an Active eBay Account will by default receive a Credit in an amount based on the percentage of Disputed Fees that the Class Member paid as compared to the total Disputed Fees that all Class Members paid. Thus, the amount of Credit due to each Class Member with an Active eBay Account will be determined by: (1) calculating the amount of Disputed Fees that each Class Member with an Active eBay Account incurred as a percentage of the Disputed Fees incurred by all Class Members; then (2) applying that percentage to the Net Settlement Fund. For example, if the total Disputed Fees incurred by all Class Members were $1,000 and a particular Class Member with an Active eBay Account paid $10 in Disputed Fees, that Class Member would be entitled to receive 1% of the Net Settlement Fund as a Credit.

 (ii) For Class Members who have an outstanding balance due to eBay at the time of the issuance of the Credit, the Credit will be applied to that balance.

 (iii) If a Class Member has a remaining Credit after Credits are applied to outstanding amounts due to eBay, that Class Member can apply those remaining Credits in any manner pursuant to the normal terms and conditions that govern the use of credits by eBay users.

 (iv) The above calculation will not include Disputed Fees incurred by Class Members for which Class Members already received a refund, as determined by eBay's records. Such refunded Disputed Fees will be excluded from the calculation of Credit amounts set forth above.

 (v) Credits will not expire as long as the Class Member maintains an eBay account, and can be used in any manner, subject to the normal terms and conditions that govern the use of credits by eBay users.

 (vi) Class Members who prefer not to use a Credit can apply for a refund of the Credit amount in accordance with eBay's existing "Requesting a refund of your eBay credit balance" policy, currently available at: http://pages.ebay.com/help/sell/refunds.html#what

 (vii) The amount of Credit due to each Class Member with an Active eBay Account will be determined by eBay using existing eBay records.

**(d) Settlement Checks to Class Members.**

 (i) Any Class Member with an Active eBay Account who does not want to receive settlement consideration in the form of a Credit may receive a Settlement Check in lieu of a Credit, provided the payment due a Class Member is more than $1.00. To receive a Settlement Check instead of a Credit (a Class Member cannot receive both a Credit and a Settlement Check), a Class Member with an Active eBay Account must provide notice to the Settlement Administrator using the process to be specified in the Summary Notice. This notice must be provided to the Settlement Administrator no later than the date that a Class Member must either object or opt-out of the Settlement as set forth in Sections 3.6 and 3.7 below.

 (ii) The amount of the Settlement Check will be determined based on the same formula applicable to Credits, as described above in

Section 2.1(c).

(iii) The amount of a Settlement Check due to each Class Member will be determined based on existing eBay records.

(iv) Due to the costs associated with preparing and distributing Settlement Checks, which are approximately $1.00 per check, a Class Member with an Active eBay Account is only eligible to receive a Settlement Check if the amount owed is more than $1.00.

(v) The amount of a Settlement Check will not be based on Disputed Fees incurred by Class Members for which Class Members already received a refund, as determined by eBay's records. Such refunded Disputed Fees will be excluded from the calculation set forth in Section 2.1(c) above.

(vi) If the Court grants final approval of the Settlement of this Action, eBay will provide to the Settlement Administrator the appropriate amount necessary to fund Settlement Checks within thirty (30) days of the Final Settlement Date, and the Settlement Administrator shall complete the issuance of the Settlement Checks within 60 days after the Final Settlement Date.

(e) **Class Members Who Do Not Have Active eBay Accounts**

(i) Any Class Member who does not have an Active eBay account and who is entitled to at least a $1.00 credit will receive a Settlement Check. For those Class Members who do not have Active eBay Accounts, the Settlement Administrator will issue a Settlement Check to the name of the person associated with the account in eBay's records, and will send the check to the address associated with the account in eBay's records. To the extent the Class Member wants the check made out to a different person or sent to a different address, the Class Member must provide such information to the Settlement Administrator. This notice must be provided to the Settlement Administrator no later than the date that a Class Member must either object or opt-out of the Settlement as set forth in Sections 3.6 and 3.7 below.

(ii) Any Class Member with a Closed eBay Account who does not receive Mail Notice must follow the same procedure as any other Class Member who requests a Settlement Check in order to receive a Settlement Check. This procedure is outlined in Section 2.1(d), above. Due to the costs associated with preparing and distributing Settlement Checks, which are approximately $1.00 per check, a Class Member who does not have an Active eBay

        account is only eligible to receive a Settlement Check if the amount owed is more than $1.00.

    **(iii)** The amount of the Settlement Check due to Class Members who do not have an Active eBay Account will be determined based on the same formula applicable to Credits, as described above in Section 2.1(e).

    **(iv)** The amount of a Settlement Check due to each Class Member who does not have an Active eBay Account will be determined by the Settlement Administrator based on existing eBay records.

    **(v)** The amount of a Settlement Check will not be based on Disputed Fees incurred by Class Members for which Class Members already received a refund, as determined by eBay's records. Such refunded Disputed Fees will be excluded from the calculation set forth above.

 **(f)** The amount due to each Class Member as determined above will be deemed final as to Class Members, and Class Members will not be entitled to contest the accuracy of these calculations. In no circumstance will eBay be obligated to pay an amount in Credits and Settlement Checks that exceeds the amount of the Net Settlement Fund.

 **(g)** **Distribution Of Remaining Balance Of Net Settlement Fund**

    **(i)** Any balance remaining in the Net Settlement Fund (whether by reason of uncashed checks or otherwise) will be distributed to one or more charities or other organizations, subject to Court approval and the right of eBay to object to the recipients proposed by Class Counsel.

**3.** **CLASS SETTLEMENT PROCEDURES**

 **3.1** **Cooperation to Obtain Court Approval.** The Parties will take all reasonable steps necessary to secure the Court's approval of this Settlement Agreement and the Settlement.

 **3.2** **Preliminary Approval and Provisional Class Certification.** As soon as practicable after this Settlement Agreement is signed, Plaintiffs must move or apply for preliminary approval of the Settlement and provisional class certification. The motion or application must request the Court to:

  **(a)** preliminarily approve this Settlement Agreement as being the product of serious, informed, non-collusive negotiations, having no obvious deficiencies, not improperly granting preferential treatment to the proposed class representatives or segments of the class, and falling within the range of possible approval;

    **(b)**    preliminarily approve the form, manner, and content of the Full Notice, and Summary Notice described in Section 3.3, and attached as **Exhibits A and C**;

    **(c)**    set the date and time of the Fairness Hearing;

    **(d)**    provisionally certify the Class under Rule 23(b)(3) of the Federal Rules of Civil Procedure for settlement purposes only;

    **(e)**    stay all proceedings in the Action until the Court renders a final decision on approval of the Settlement;

    **(f)**    appoint the Named Plaintiff as Class Representative for settlement purposes only; and

    **(g)**    appoint the law firm of Figari and Davenport, L.L.P. as Class Counsel for settlement purposes only.

The proposed Preliminary Approval and Provisional Class Certification Order must be submitted to the Court in the form attached as **Exhibit B.**

    **3.3**    **Notice.** Subject to the Court granting Preliminary Approval of the Class Settlement and Provisional Class Certification, the Parties agree that eBay, whether directly or through its retained Settlement Administrator, will provide the Class with notice of the proposed Settlement by the following methods.

    **(a)**    **Internet Posting.** Starting no later than 30 calendar days after entry of the Preliminary Approval Order, the Settlement Administrator will set up an Internet website and post the Full Notice, which shall be downloadable. The website will be active until the Final Settlement Date. The website domain name shall be subject to the approval of each of the Parties, which approval shall not be unreasonably withheld.

    **(b)**    **Summary Notice By Direct Email.** Starting no later than 30 calendar days after entry of the Preliminary Approval Order, eBay, whether directly or through the Settlement Administrator, will send Summary Notice by email to each Class Member at the current email address that eBay maintains for each Class Member. The Summary Notice sent by email must be in the form attached as **Exhibit C** and will provide the URL of the Internet website containing the Full Notice and a U.S. postal mailing address for the Settlement Administrator so that Class Members may request a paper copy of the Full Notice by U.S. mail.

    **3.4**    **CAFA Notice.** Not later than ten (10) calendar days after the Settlement Agreement is filed with the Court, eBay shall jointly serve upon the relevant government officials notice of the proposed Settlement in accordance with 28 U.S.C. § 1715.

**3.5** **Proof of Notice.** No later than seven (7) calendar days before the filing date for Plaintiff's motion in support of the Final Order and Judgment, eBay must send by email a declaration to Class Counsel confirming that eBay, whether directly or through the Settlement Administrator, provided the Class with notice of the proposed Settlement in accordance with Section 3.3 above.

**3.6** **Objections.** Any Class Member who has not submitted a timely written exclusion request pursuant to Section 3.7 of this Settlement Agreement and who wishes to object to the fairness, reasonableness or adequacy of the Settlement Agreement or the proposed Settlement or to the attorneys' fees and costs award requested by Class Counsel, must do so by filing a written objection with the Court and delivering a copy of the objection to Class Counsel, and eBay's Counsel no later than the date approved by the Court and specified in the Summary Notice for objections and opt-outs (the "Objection and Opt-Out Deadline"). The delivery date is deemed to be the date the objection is deposited in the U.S. Mail as evidenced by the postmark. It shall be the objector's responsibility to ensure receipt of any objection by the Court, Class Counsel, and eBay's Counsel. To be considered by the Court, the objection must include: (1) a heading containing the name and case number of the Action: *Keirsey v. eBay*, Case No. C 12-01200 JSW ; (2) the Class Member's name, email address, postal address, and telephone number; (3) a detailed statement of each objection and the factual and legal basis for each objection, and the relief that the Class Member is requesting; (4) a list of and copies of all documents or other exhibits which the Class Member may seek to use at the Fairness Hearing; and (5) a statement of whether the Class Member intends to appear, either in person or through counsel, at the Fairness Hearing, and if through counsel, a statement identifying the counsel's name, postal address, phone number, email address, and the state bar(s) to which the counsel is admitted. Any Class Member who files and serves a written objection, as described in this section, has the option to appear at the Fairness Hearing, either in person or through personal counsel hired at the Class Member's expense, to object to the fairness, reasonableness, or adequacy of the Settlement Agreement or the proposed Settlement, or to the award of attorneys' fees and costs. However, Class Members or their attorneys intending to make an appearance at the Fairness Hearing must include a statement of intention to appear in the written objection filed with the Court and delivered to Class Counsel, and eBay's Counsel, and only those Class Members who include such a statement may speak at the Fairness Hearing. If a Class Member makes an objection or appears at the Fairness Hearing through an attorney, the Class Member will be responsible for his or her personal attorney's fees and costs.

**3.7** **Opt-Out/Exclusion Requests.** Class Members may elect not to be bound by this Settlement Agreement and not to receive the compensation contemplated by this Agreement.

**(a)** **Manner of Making Exclusion Request.** To make an Opt-Out/Exclusion Request, Settlement Class Members must send by email or mail a letter or postcard to the Settlement Administrator stating: (a) the title of the Action: "*Keirsey v. eBay*, Case No. C 12-01200 JSW"; (b) the full name, address, telephone number (optional) and email address associated with the eBay account of the person requesting exclusion; (c) a statement that he/she does not wish to participate in the Settlement; and (d) a signature of the Class Member requesting exclusion. No Opt-Out/Exclusion Request will be valid unless all of the information above is included. So-called "mass" or "class" opt-outs purporting to be made on behalf of

multiple persons or classes of persons shall not be allowed and deemed invalid. If submitted by mail, the letter, postcard or form on which the request for exclusion is made must be postmarked on or before the Objection and Opt-Out Deadline, with postage paid by the person requesting exclusion. If submitted electronically or by email, the Opt-Out/Exclusion Request must be submitted by 11:59 p.m. Eastern on or before the Objection and Opt-Out Deadline. Any Settlement Class Member who does not serve a valid and timely written Opt-Out/Exclusion Request shall be bound by all subsequent proceedings, orders and judgments. Only Settlement Class Members who serve valid and timely Opt-Out/Exclusion Requests will be deemed to have opted out of the Settlement Class, unless the Court orders otherwise.

**(b)** **Exclusion List.** On or before ten (10) calendar days after the Objection and Opt-Out Deadline, the Settlement Administrator shall provide eBay's Counsel and Class Counsel with a list of Settlement Class Members who have timely and validly excluded themselves from the Settlement Class. The Parties must file with the Court a complete list of all Settlement Class Members who have validly and timely excluded themselves from the Settlement Class.

**(c)** **Termination Clause.** If more than 1,000 Settlement Class Members request exclusion, then eBay may, in its sole discretion, at any time notify Class Counsel in writing that it has elected to terminate this Settlement Agreement. Such notification of intent to terminate the Settlement Agreement must be provided a minimum of seven (7) calendar days before the filing deadline for the motion seeking approval of the Fairness Hearing Order and Judgment. If this Settlement Agreement is terminated, it will be deemed null and void *ab initio*. In that event: (i) the Preliminary Approval Order and all of its provisions will be vacated by its own terms; (ii) the Action will revert to the status that existed before the Settlement Agreement's execution date; and (iii) no term or draft of this Settlement Agreement, or any part or aspect of the Parties' settlement discussions, negotiations, or documentation (including any declarations and briefs filed in support of the motion for preliminary or final approval) will have any effect or be admissible into evidence, for any purpose, in this Action or any other proceeding.

**3.8** **Fairness Hearing and Final Order and Judgment.** Before the Fairness Hearing, Plaintiff must move or apply for Court approval of a proposed Final Order and Judgment, the form of which shall be provided to eBay in advance of the Final Approval Hearing for review and approval. The Final Order and Judgment must be consistent with the material terms of this Settlement Agreement, including, but not limited to, the definition of the Class and the scope of the release to be provided by Class Members. Class Counsel must file with the Court a complete list of all Class Members who have validly and timely excluded themselves from the Class. Class Counsel must also draft the application papers and give eBay's Counsel drafts of the motion or application and proposed order to review at least seven (7) calendar days before the application's filing deadline. eBay shall be permitted, but not required, to file its own joint or individual brief or statement of non-opposition in support of the motion or application for Final Order and Judgment.

**3.9** **Action Status If Settlement Not Approved, Final Settlement Date Does Not Occur, or Gross Settlement Fund Not Fully Funded.** This Settlement Agreement is being entered into for settlement purposes only. If the Court orders or proposes modifications of, or additions to, either the Preliminary Approval Order or the Final Order and Judgment or any

modifications of this Settlement Agreement or Exhibits thereto (including the Summary Notice, or Full Notice) that are not acceptable to all Parties, if the Court does not preliminarily approve the Settlement or enter the Final Order and Judgment, or if the Final Settlement Date does not occur for any reason other than an objection to the amount of attorneys' fees to be awarded to Class Counsel, then this Settlement Agreement will be deemed null and void *ab initio*. In that event (a) the Preliminary Approval Order and all of its provisions or the Final Order and Judgment and all of its provisions, as applicable, will be vacated by its own terms, including, but not limited to, vacating conditional certification of the Class, conditional appointment of Plaintiff as class representative and conditional appointment of Plaintiff's Counsel as Class Counsel, (b) the Action will revert to the status that existed before the Settlement Agreement's execution date, (c) no term or draft of this Settlement Agreement, or any part of the Parties' settlement discussions, negotiations or documentation will have any effect or be admissible into evidence for any purpose in the Action or any other proceeding, and (d) eBay shall retain all its rights to object to the maintenance of the Action as a class action, and nothing in this Settlement Agreement or other papers or proceedings related to the Settlement shall be used as evidence or argument by any Party concerning whether the Action may properly be maintained as a class action. In determining whether any additions or modifications of the Settlement Agreement (including the Preliminary Approval Order, the Final Order and Judgment, and other Exhibits thereto) proposed or ordered by the Court are acceptable to the Parties as set forth above, the Parties each agree to exercise their judgment in good faith and will not reject proposed modifications that are merely technical or otherwise immaterial to the substance of the Settlement Agreement. If the Court orders or proposes additions or modifications to the Settlement Agreement (including the Preliminary Approval Order, the Final Order and Judgment, and other Exhibits thereto), the Parties will each have seven (7) calendar days from the date of the Court's order to determine whether or not they will accept the Court's order or proposal.

**4.    DISMISSAL OF ACTION AND RELEASES**

      **4.1    Judgment and Enforcement.** The Parties agree that should the Court grant final approval of the proposed Settlement and enter judgment, the Final Order and Judgment shall include a provision for the retention of the Court's jurisdiction over the Parties to enforce the terms of this Settlement Agreement.

      **4.2    Class Members' Release.** Upon entry of the Final Order and Judgment, Named Plaintiff and all Class Members who do not validly and timely request to be excluded from the proposed Settlement, and each of their respective successors, assigns, legatees, heirs, and personal representatives release and forever discharge eBay Inc., and each of its respective direct or indirect parents, wholly or majority owned subsidiaries, affiliated and related entities, predecessors, successors and assigns, partners, privities, and any of their present and former directors, officers, employees, shareholders, agents, representatives, attorneys, accountants, insurers, and all persons acting by, through, under or in concert with them, or any of them, from all manner of action, causes of action, claims, demands, rights, suits, obligations, debts, contracts, agreements, promises, liabilities, damages, charges, penalties, losses, costs, expenses, and attorneys' fees, of any nature whatsoever, known or unknown, in law or equity, fixed or contingent, which they have or may have arising out of or relating in any way to the Disputed Fees, including but not limited to any and all claims for breach of contract, breach of the implied

covenant of good faith and fair dealing, fraud, violations of the California Consumers Legal Remedies Act, unjust enrichment, negligence, or violations of California's Unfair Competition Law relating to the Disputed Fees (the **"Released Claims"**).

Notwithstanding the foregoing, the Released Claims do not include claims related solely to the recurring nature of Disputed Fees that were incurred with "Good 'Til Cancelled" listings, as alleged in the complaint in *Noll v. eBay Inc.*, No. 5:11-CV-04585-EJD (N.D. Cal.). For purposes of clarification, the definition of Released Claims specifically includes the initial charge for Disputed Fees in the initial month of a "Good 'Til Cancelled" listing, as well as any claim related in any way to the manner in which the features associated with the Disputed Fees operated or were described to sellers.

Any Credit received by a Class Member in this Action will be applied to offset any potential recovery that a Class Member may obtain with respect to a claim related to Good 'Til Cancelled Listings in *Noll v. eBay* or any similar or related litigation. For example, if a Class Member paid $2 in Disputed Fees for a Good 'Til Cancelled listing placed with eBay Mobile that lasted two months ($1 in the first month and $1 in the second month), and they obtain a Credit of $1 in this Action ($0.50 for the first month and $0.50 for the second month), the Class Member can pursue a claim that he/she/it should not have been charged the Disputed Fees in the second month of that listing (but not the first month), but any recovery on that claim will be offset by the $0.50 obtained in this Action.

With respect to the Released Claims, the Named Plaintiff and all Class Members who do not validly and timely request to be excluded from the Settlement, and each of their respective successors, assigns, legatees, heirs, and personal representatives, expressly waive and relinquish, to the fullest extent permitted by law, the provisions, rights and benefits of Section 1542 of the California Civil Code, or any other similar provision under federal or state law, which provides:

> **"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."**

Named Plaintiff and all Class Members fully understand that the facts in existence at the time this Settlement Agreement is executed and entry of the Preliminary Approval Order may be different from the facts now believed by Named Plaintiff and Class Members and Class Counsel to be true and expressly accept and assume the risk of this possible difference in facts and agree that this Settlement Agreement remains effective despite any difference in facts. Further, Named Plaintiff and the Class Members agree that this waiver is an essential and material term of this release and the Settlement Agreement that underlies it and that without such waiver the Settlement Agreement would not have been accepted or agreed to.

    **4.3** **Named Plaintiff's Release.** Upon entry of the Final Order and Judgment, Named Plaintiff, and each of her successors, assigns, legatees, heirs, and personal representatives release and forever discharge defendant eBay Inc., and each of its respective direct or indirect parents, wholly or majority owned subsidiaries, affiliated and related entities, predecessors, successors and assigns, partners, privities, and any of their present and former directors, officers,

employees, shareholders, agents, representatives, attorneys, accountants, insurers, and all persons acting by, through, under or in concert with them, or any of them, from all manner of action, causes of action, claims, demands, rights, suits, obligations, debts, contracts, agreements, promises, liabilities, damages, charges, penalties, losses, costs, expenses, and attorneys' fees, of any nature whatsoever, known or unknown, in law or equity, fixed or contingent as of the date the Parties execute this Settlement Agreement.

In addition, Named Plaintiff, and each of her successors, assigns, legatees, heirs, and personal representatives, expressly waive and relinquish, to the fullest extent permitted by law, the provisions, rights and benefits of Section 1542 of the California Civil Code, or any other similar provision under federal or state law, which provides:

> **"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."**

Named Plaintiff fully understands that the facts in existence at the time this Settlement Agreement is executed may be different from the facts now believed by Named Plaintiff and her Counsel to be true and expressly accepts and assumes the risk of this possible difference in facts and agrees that this Settlement Agreement remains effective despite any difference in fact. Further, Named Plaintiff agrees that this waiver is an essential and material term of this release and the Settlement Agreement that underlies it and that without such waiver the Settlement Agreement would not have been accepted or agreed to.

5. **ADDITIONAL PROVISIONS**

    5.1 **eBay's Denial of Wrongdoing.** This Settlement Agreement reflects the Parties' compromise and Settlement of the disputed claims. Its provisions, and all related drafts, communications and discussions, cannot be construed as or deemed to be evidence of an admission or concession of any point of fact or law by any person or entity and cannot be offered or received into evidence or requested in discovery in this Action or any other action or proceeding as evidence of an admission or concession.

    5.2 **Information Provided by eBay.** eBay represents that it undertook a reasonable investigation and provided truthful, accurate and complete information based on that investigation regarding the amount of Disputed Fees paid by Class Members from January 1, 2009 and October 31, 2012 that was provided to Class Counsel. eBay acknowledges that this information was material to Class Counsel's evaluation of the case and that in order to minimize the expense of more formal and further discovery Class Counsel has reasonably relied on the information provided by eBay.

    5.3 **Change of Time Periods.** All time periods and dates described in this Settlement Agreement are subject to the Court's approval. These time periods and dates may be changed by the Court or by the Parties' written agreement without notice to the Class.

**5.4     Real Parties in Interest.** In executing this Settlement Agreement, the Parties warrant and represent that they, including Plaintiff in her individual capacity and representative capacity on behalf of the Class, are the only persons having any interest in the claims asserted in this Action. Neither these claims, nor any part of these claims, have been assigned, granted, or transferred in any way to any other person, firm, or entity.

**5.5     Voluntary Agreement.** The Parties executed this Settlement Agreement voluntarily and without duress or undue influence.

**5.6     Binding on Successors.** This Settlement Agreement binds and benefits the Parties' respective successors, assigns, legatees, heirs, and personal representatives.

**5.7     Parties Represented by Counsel.** The Parties acknowledge that: (a) they have been represented by independent counsel of their own choosing during the negotiation of this Settlement and the preparation of this Settlement Agreement; (b) they have read this Settlement Agreement and are fully aware of its contents; and (c) their respective counsel fully explained to them the Settlement Agreement and its legal effect.

**5.8     Authorization.** Each Party warrants and represents that there are no liens or claims of lien or assignments, in law or equity, against any of the claims or causes of action released by this Settlement Agreement and, further, that each Party is fully entitled and duly authorized to give this complete and final release and discharge.

**5.9     Entire Agreement.** This Settlement Agreement and attached exhibits contain the entire agreement between the Parties and constitute the complete, final, and exclusive embodiment of their agreement with respect to the Action. This Settlement Agreement is executed without reliance on any promise, representation, or warranty by any Party or any Party's representative other than those expressly set forth in this Settlement Agreement.

**5.10     Construction and Interpretation.** Neither the Parties nor any of the Parties' respective attorneys will be deemed the drafter of this Settlement Agreement for purposes of interpreting any provision in this Settlement Agreement in any judicial or other proceeding that may arise between them. This Settlement Agreement has been, and must be construed to have been, drafted by all the Parties to it, so that any rule that construes ambiguities against the drafter will have no force or effect.

**5.11     Headings and Formatting of Definitions.** The various headings used in this Settlement Agreement are solely for the Parties' convenience and may not be used to interpret this Settlement Agreement. Similarly, bolding and italicizing of definitional words and phrases is solely for the Parties' convenience and may not be used to interpret this Settlement Agreement. The headings and the formatting of the text in the definitions do not define, limit, extend, or describe the Parties' intent or the scope of this Settlement Agreement.

**5.12     Exhibits.** The exhibits to this Settlement Agreement are integral parts of the Settlement Agreement and are incorporated into this Settlement Agreement as though fully set forth in the Settlement Agreement.

       **5.13 Modifications and Amendments.** No amendment, change, or modification to this Settlement Agreement will be valid unless in writing signed by the Parties or their counsel.

       **5.14 Governing Law.** This Settlement Agreement is governed by California law and must be interpreted under California law and without regard to conflict of laws principles.

       **5.15 Further Assurances.** The Parties must execute and deliver any additional papers, documents and other assurances, and must do any other acts reasonably necessary to perform their obligations under this Settlement Agreement and to carry out this Settlement Agreement's expressed intent.

       **5.16 Agreement Constitutes a Complete Defense.** To the extent permitted by law, this Settlement Agreement may be pled as a full and complete defense to, and may be used as the basis for an injunction against, any action, suit, or other proceedings that may be instituted, prosecuted or attempted in breach of or contrary to this Settlement Agreement.

       **5.17 Execution Date.** This Settlement Agreement is deemed executed on the date the Settlement Agreement is signed by all of the undersigned.

       **5.18 Counterparts.** This Settlement Agreement may be executed in counterparts, each of which constitutes an original, but all of which together constitutes one and the same instrument. Several signature pages may be collected and annexed to one or more documents to form a complete counterpart. Photocopies or PDF copies of executed copies of this Settlement Agreement may be treated as originals.

       **5.19 Recitals.** The Recitals are incorporated by this reference and are part of the Settlement Agreement.

       **5.20 Severability.** If any provision of this Settlement is declared by the Court to be invalid, void, or unenforceable, the remaining provisions of this Settlement will continue in full force and effect, unless the provision declared to be invalid, void, or unenforceable is material, at which point the Parties shall attempt to renegotiate the Settlement or, if that proves unavailing, Named Plaintiff, or eBay can terminate the Settlement Agreement without prejudice to any Party.

       **5.21 Inadmissibility.** This Settlement Agreement (whether approved or not approved, revoked, or made ineffective for any reason) and any proceedings or discussions related to this Settlement Agreement are inadmissible as evidence of any liability or wrongdoing whatsoever in any Court or tribunal in any state, territory, or jurisdiction. Further, neither this Settlement Agreement, the Settlement contemplated by it, nor any proceedings taken under it, will be construed or offered or received into evidence as an admission, concession or presumption that class certification is appropriate, except to the extent necessary to consummate this Settlement Agreement and the binding effect of the Final Order and Judgment.

       **5.22 No Conflict Intended.** Any inconsistency between this Settlement Agreement and the attached exhibits will be resolved in favor of this Settlement Agreement.

      **5.23** **List of Exhibits:** The following exhibits are attached to this Settlement Agreement:

      Exhibit A – Full Notice

      Exhibit B – Preliminary Approval Order

      Exhibit C – Summary Notice

**The Parties have agreed to the terms of this Settlement Agreement and have signed below.**

Dated: August 16, 2013    PLAINTIFF TASHA ALBRECHT, NEE KEIRSEY

                                              Tasha Albrecht, nee Keirsey,
                                              Individually and in her Representative Capacity

Dated: August __, 2013    DEFENDANT eBAY INC.

                                              By: _____

                                              Title: _____

                                              On behalf of eBay Inc.

**5.23 List of Exhibits:** The following exhibits are attached to this Settlement Agreement:

Exhibit A – Full Notice

Exhibit B – Preliminary Approval Order

Exhibit C – Summary Notice

**The Parties have agreed to the terms of this Settlement Agreement and have signed below.**

Dated: August ___, 2013    PLAINTIFF TASHA ALBRECHT, NEE KEIRSEY

_____
Tasha Albrecht, nee Keirsey,
Individually and in her Representative Capacity

Dated: August 16, 2013    DEFENDANT EBAY INC.

By: _____

Title: Director of Litigation

On behalf of eBay Inc.

1327547 v4/SF