United States District Court
Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 TASHA KEIRSEY,

　　　　　　　Plaintiff,

v.

EBAY, INC,

　　　　　　　Defendant.

Case No. 12-cv-01200-JST

**ORDER REGARDING HEARING SCHEDULE ON JOINT MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**

Re: ECF No. 53.

The parties have leave to withdraw their currently filed Joint Motion for Preliminary Settlement Approval, ECF No. 53, and to submit a revised motion not later than September 24, 2013. The revised motion will be set for hearing on Thursday, October 10, 2013, at 2:00 p.m., the same time and date scheduled for the current motion.

**IT IS SO ORDERED.**

Dated: September 4, 2013



JON S. TIGAR
United States District Judge