Keith R. Verges (kverges@figdav.com)
Parker D. Young (parker.young@figdav.com)
Raymond E. Walker (ray.walker@figdav.com)
FIGARI & DAVENPORT, L.L.P.
901 Main Street, Suite 3400
Dallas, Texas 75202
TEL: (214) 939-2000
FAX: (214) 939-2090
*Admitted Pro Hac Vice*

Shawn T. Leuthold (leuthold@aol.com)
LAW OFFICE OF SHAWN T. LEUTHOLD
1671 The Alameda #303
San Jose, California 95126
TELEPHONE: (408) 924-0132
FACSIMILE: (408) 924-0134

*Attorneys for Plaintiff Tasha Keirsey*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TASHA KEIRSEY, | Case No. CASE NO. 3:12-CV-01200 (JST) |
| Plaintiff, | STIPULATION AND ORDER APPROVING CY PRES DISTRIBUTIONS, TERMINATING SETTLEMENT ADMINISTRATION, AND DISCHARGING CLASS COUNSEL AND SETTLEMENT ADMINISTRATOR |
| V. | |
| EBAY INC., | |
| Defendant. | |

Pursuant to Local Rule 7-11, Plaintiff filed an Administrative Motion for Approval of Cy Pres Distributions, Termination of Settlement Administration, and Discharge of Class Counsel and Settlement Administrator (the "Motion").

The Motion seeks confirmation that, pursuant to the Final Order and Judgment approving the settlement ("Approval Order") (Doc. 77): (a) Plaintiff's counsel may distribute the balance of the Net Settlement Fund remaining to the Cy Pres recipients National Cyber-Forensics and Training Alliance and National Consumer Law Center that were previously approved under paragraph 13 of

1  the Approval Order; (b) the administration of settlement in this matter be TERMINATED and that

2  no further payments or other obligations are due to any of the Settlement Class Members; and

3  (c) Class Counsel and the Settlement Administrator be discharged from any further responsibilities

4  in this case, including any further responsibilities to Settlement Class Members.

     eBay stipulated to the request and relief above.

     Dated: July 7, 2015

                                          Respectfully submitted,

                                          By: /s/ Keith R. Verges
                                               Keith R. Verges

                                          Keith R. Verges
                                          Parker D. Young
                                          Raymond E. Walker
                                          FIGARI & DAVENPORT, L.L.P.
                                          3400 Bank of America Plaza
                                          901 Main Street
                                          Dallas, Texas 75202
                                          Telephone (214) 939-2017
                                          Facsimile (214) 939-2090
                                          *ADMITTED PRO HAC VICE*

                                          Shawn T. Leuthold
                                          Law Office of Shawn T. Leuthold
                                          1671 The Alameda #303
                                          San Jose, California  95126
                                          Telephone: (408) 924-0132
                                          Facsimile: (408) 924-0134

                                          ATTORNEYS FOR PLAINTIFF

FILER'S ATTESTATION:

     Pursuant to General Order No. 45, § X(B) regarding signatures, Keith Verges hereby attests that concurrence in the filing of this document has been obtained.

                                          /s/ Keith R. Verges
                                          Keith R. Verges

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record will be served with a copy of this document via the Court's CM/ECF system pursuant to the local rules of this Court, on this 7th day of July, 2015.

/s/ Keith R. Verges
Keith R. Verges

# ORDER

The Court hereby GRANTS Plaintiff's Administrative Motion that (a) Plaintiff's counsel may distribute the balance of the Net Settlement Fund remaining to the Cy Pres recipients National Cyber-Forensics and Training Alliance and National Consumer Law Center in the amount of $3,030.99 each; (b) the administration of settlement in this matter is hereby TERMINATED and that no further payments or other obligations are due to any of the Settlement Class Members; and (c) Class Counsel and the Settlement Administrator are discharged from any further responsibilities in this case, including any further responsibilities to Settlement Class Members.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____August 4_____, 2015.



_____
HON_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING CY PRES DISTRIBUTIONS, TERMINATING SETTLEMENT
ADMINISTRATION, AND DISCHARGING CLASS COUNSEL AND SETTLEMENT ADMINISTRATOR         PAGE 4
CASE NO. 3:12-CV-01200 (JST)